

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |

**Via: SDNY ECF**                                                                                     January 3, 2025

Honorable Judge Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

    **Re:**    *Guzman Aguilar v. Trinidad Motors Corp., et al.*; 1:24-cv-08413-RA-SLC

Dear Hon. Judge Abrams,

I represent Plaintiff in this FLSA action. I write pursuant to Your Honor's November 7, 2024 Order and Notice of Initial Conference [D.E. 5] and Individual Practice Rules to request an adjournment of the Initial Conference, *sine die*. This is Plaintiff's first such request and no other deadlines will be affected.

The reason for this request is due to Defendants' failure to answer the Complaint or to otherwise defend this action. Plaintiff filed this case on November 5, 2024, and thereafter served each Defendant and filed proof of service on the Court's ECF System. *See* D.E. 7, 8. Defendants were required to file their Answer on or before December 4, 2024. Given Defendants' failure, Plaintiff anticipates filing a motion for default judgment.

We thank the Court for its time and attention to this matter.

Application granted.  The initial conference scheduled for January 10, 2025 is adjourned *sine die*.  No later than January 20, 2025, Defendants shall respond to the complaint or seek an extension.  If Defendants fail to do so, and Plaintiff intends to move for default judgment, he shall do so by February 3, 2025.  Plaintiff shall serve Defendants with a copy of this order no later than January 10, 2025.

SO ORDERED.

Hon. Ronnie Abrams
January 6, 2025

Respectfully submitted,

Keith E. Williams, Esq.

PHONE: 516.228.5100          FAX: 516.228.5106          INFO@NHGLAW.COM
WWW.NHGLAW.COM          WWW.NEWYORKOVERTIMELAW.COM