UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS NELSON GUZMAN AGUILAR,

     Plaintiff,

   v.

TRINIDAD MOTORS CORP. and
GUALBIS TRINIDAD,

     Defendant.

No. 24-cv-8413 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

On November 5, 2024, Plaintiff Carlos Nelson Guzman Aguilar filed this complaint against Defendants Trinidad Motors Corp. and Gualbis Trinidad.  Although both Defendants were served on November 13, 2024, neither filed an answer.  Plaintiff then stated that he would move for default judgment by February 3, 2025.

On January 30, 2025, Walvin Lora-Trinidad filed a *pro se* letter stating that he was a defendant in this action and requesting an extension to respond to the action.  His letter was written on Trinidad Motors letterhead and indicated that he worked there in the signature block.  *See* Dkt. 12.

To the extent that Mr. Lora-Trinidad seeks to represent Trinidad Motors himself, he is advised that he cannot do so.  "[A] layman may not represent a corporation even if the sole shareholder."  *United States ex rel. Mergent Servs. v. Flaherty*, 540 F.3d 89, 92 (2d Cir. 2008); *Hounddog Prods., L.L.C. v. Empire Film Grp., Inc.*, 767 F. Supp. 2d 480, 486 (S.D.N.Y. 2011) ("[C]orporations can only appear in court through an attorney, and may not proceed *pro se*.").  Trinidad Motors must therefore retain counsel if it wishes to appear in this action.

Nonetheless, the Court will grant an extension to both Defendants and permit them to file an answer or otherwise respond to the complaint no later than March 17, 2025. Plaintiff's deadline to move for default judgment is adjourned. Plaintiff shall serve a copy of this order on Defendants by February 10, 2025 and promptly file proof of service on the docket.

SO ORDERED.

Dated:       February 3, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge