UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS NELSON GUZMAN AGUILAR,

            Plaintiff,

            v.

TRINIDAD MOTORS CORP. and
GUALBIS TRINIDAD,

            Defendant.

No. 24-cv-8413 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On November 5, 2024, Plaintiff Carlos Nelson Guzman Aguilar filed this complaint against Defendants Trinidad Motors Corp. and Gualbis Trinidad. Although both Defendants were served on November 13, 2024, neither filed an answer. On January 30, 2025, Walvin Lora-Trinidad filed a *pro se* letter stating that he was a defendant in this action and requesting an extension to respond to the action. The Court then granted Defendants an extension and ordered that they respond to the complaint by March 17, 2025. It also warned Mr. Lora-Trinidad that he may not represent Trinidad Motors himself. *See Hounddog Prods., L.L.C. v. Empire Film Grp., Inc.*, 767 F. Supp. 2d 480, 486 (S.D.N.Y. 2011) ("[C]orporations can only appear in court through an attorney, and may not proceed *pro se*."). Defendants are advised that the City Bar Justice Center's Pro Se Legal Assistance Project may be able to assist with representation.

      To date, Defendants have still not filed any response to the complaint. If they do not do so by April 17, 2025, Plaintiff shall move for default judgment no later than April 30, 2025. Plaintiff

shall serve a copy of this order on Defendants by April 10, 2025 and promptly file proof of service on the docket.

SO ORDERED.

Dated:   April 3, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge